**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------x
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

                                                                    **ORDER**
                                                                    04 CV 2609 (NG)(SMG)

                    **Plaintiff,**

   - against -

**SEMION GRAFMAN, et al.,**

                    **Defendants.**
-------------------------------------------------------------------------------x

**GERSHON, United States District Judge:**

       The Recommendation of Magistrate Judge Steven M. Gold, dated May 23, 2006, that plaintiff's motion for prejudgment attachment on assets and a preliminary injunction be denied without prejudice to renewal with additional evidence, to which no objection has been received, is hereby adopted in its entirety. Insofar as defendants object to the portion of Judge Gold's decision allowing discovery to move forward, the request is denied and Judge Gold's decision is affirmed.

                                            **SO ORDERED.**

                                            */s/ Nina Gershon*
                                            **NINA GERSHON**
                                            **United States District Judge**

Dated: Brooklyn, New York
       August 4, 2006