**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY,**

        **Plaintiff,**                                       **ORDER**

    **-against-**                                            **04-CV-2609**

**SEMION GRAFMAN,**
**INESSA ABRAMSHIK A/K/A**
**INESA ABRAMOVSHCHIK A/K/A INESSA RUBIN,***
**SERGE1 KHOKHLOV,[1]**
**VLADIMIR NABUTOVSKY,***
**ALEC PALMER,**
**OLEG PORTNOV,**
**ALEKSEY PUGACH,**
**BORIS RABINOVICH A/K/A BOB REY,**
**ANDREI SCHULTZ,***
**ATLAS MEDICAL EQUIPMENT,**
**BETHEL EQUIPMENT, INC.,**
**GRAFMAN QUALITY PRODUCTS, INC.**
**HEALTH WORLD AI, LTD.,**
**ROSGAL, LTD.,**
**SEASIDE WHOLESALE, LTD.,**
**STAR DIAGNOSTIC CENTER, INC. D/B/A STAR MEDICAL SYSTEMS,**
**UNIQUE DISTRIBUTOR, INC.**

                          **(collectively "Wholesale Defendants")**

**IGOR BERLOVICH,**
**ARKADI CHAPIRO A/K/A ARKADI SHAPIRO,**
**LYUBOV GROYSMAN,**
**EMMANUEL JACOBS,**
**JACOB KAGAN A/K/A YAKOV KAGAN,+**
**VICTORIA KAGAN,**
**IGOR KATS,**
**DMITRIY KAZAKOV,**
**MARGARITA KHALAVSKY, +**
**ROBERT KHALAVSKY, +**
**LARISA KLOCHKOV,**
**ARTUR KLOTSMAN,**
**EDUARD KORETSKY, +**
**GALINA LEYKIND,**

---

* Also alleged to be "Retail Defendants."

+ Also alleged to be "secretly owned and controlled Fraudulent PCs"

1

**LARA A/K/A ELARYA LEYKIND A/K/A ELARYA BATKILIN,**
**OLEG LEYKIND,**
**STEVEN LEYKIND,**
**YACOV MOIN,**
**ILYA MUGERMAN,**
**ROMAN PERGAMENT,**
**ALLA SHKLYAR,**
**EDUARD SHKLYAR,**
**DEMITRY TSEPENYUK,**
**BOHDAR VASECHKO,**
**IGOR VETOUKH,**
**MARIYA VITUKHNOVSKAYA A/K/A MARIYA VITUKH,**
**SEMEN VITUKHNOVSKIY A/K/A SEMEN VITUKH,**
**ISAAK YAKUBOV,**
**AAA-RAA MEDICAL SUPPLY, INC.,**
**AL MEDICAL AND SURGICAL SUPPLY, INC.,**
**AMAZE MEDICAL SUPPLY, INC.,**
**ARBOV, INC.,**
**A TO Z MEDICAL SUPPLIES, INC.,**
**AYD SERVICES, INC.,**
**BELACHY SUPPLY, INC.,**
**BELFORD INSTRUMENTS AND EQUIPMENT, INC.,**
**CAREPLUS MEDICAL SUPPLY, INC.,**
**DILON MEDICAL SUPPLY, CORP.,**
**EDEL SURGICAL AND MEDICAL SUPPLY, INC.,**
**EMPIRE SUPPLY, INC.,**
**FAIR PRICE MEDICAL SUPPLY, CORP.,**
**GRAHAM MANAGEMENT GROUP, INC.,**
**HORIZON MANAGEMENT OF NY, INC.,**
**INFINITY HEALTH PRODUCTS, LTD.,**
**IVB MEDICAL SUPPLY, INC.,**
**KLM TRADING, LTD.,**
**MADERA MEDICAL SUPPLY, INC.,**
**MARA SERVICES, INC.,**
**MIRKA UNITED, INC.,**
**MODEL SUPPLY, INC.,**
**NORTHRIDGE SUPPLY, INC.,**
**TRISTATE AJA SERGICAL [SIC] SUPPLY, INC.**
**VISTA SURGICAL SUPPLIES, INC.,**
**YAD TRADING & SERVICES, INC.,**

(collectively "Retail Defendants")

**ALBATROS MEDICAL, PC,**
**ALEXANDRITE MEDICAL CARE, PC,**
**ALMAZ MEDICAL SERVICES, PC,**
**BERGAMO MEDICAL, PC,**
**ESHEL MEDICAL REHABILITATION, LLC,**

**MERIDIAN MEDICAL OF NY, PC,**
**MILAN MEDICAL, PC,**
**PALERMO MEDICAL, PC**
**REFUAH MEDICAL REHABILITATION, LLC,**

        **(collectively the "Fraudulently Incorporated PCs")**

**GERMAN LAUFER,**
**ELEANOR LIPOVSKY,**
**ZOYA MAKSUMOVA,**
**LEE CRAIG NAGOURNEY**
**DOUGLAS J. SPIEL AND**
**LILIYA YANOVSKAYA,**

        **(collectively the "Paper Owner Defendants")**

        **Defendants.**

-----------------------------------------------------------------------x

**GERSHON, United States District Judge:**

    One group of defendants—Arthur Klotsman, Yacov Moin, Demitry Tspenyuk, A to Z Medical Supplies, Inc., AYD Services, Inc., YAD Trading & Services, Inc. and KLM Trading, LTD—move for severance of the claims against them under Rule 21 of the Federal Rules of Civil Procedure. The motion is denied as premature.

    However, plaintiff is directed to advise the court in writing within two weeks as to the status of each defendant named in the action.

                                                   **SO ORDERED.**

                                                 **_/s/ Nina Gershon_**
                                                 **NINA GERSHON**
                                                 **United States District Judge**

Dated:   October 1, 2009
           Brooklyn, New York