UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COPANY

                        Plaintiff,

-against-                                         **CV-04-2609 (NG)(SMG)**

SEMION GRAFMAN, et al
                        Defendants.
_____x

## NOTICE REGARDING THE FILING OF DEFENDANT JACOB KAGAN'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER AND REPORT AND RECOMMENDATIONS FILED JULY 16, 2010 UNDER SEAL

      Defendant Jacob Kagan's Objections to Magistrate Judge's Order and Report and Recommendations filed July 16, 2010, with Exhibits A through D, are being filed under seal in hard copy on July 30, 2010, and will be maintained in the case file in the Clerk's Office.

Dated: Bellmore, New York
       July 30, 2010

                                                      **ROSENBERG LAW, P.C.**

                                       /s/
                       By:_____
                             Bruce Rosenberg, Esq.
                             2631 Merrick Road, Suite 301
                             Bellmore, NY 11710
                             (516) 221-1108