UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY.,

          Plaintiff,

- against -

SEMION GRAFMAN, et al.,

          Defendants.
-------------------------------------------------------------x

**ORDER**

04 CV 2609 (NG) (SMG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 18 2010 ★
BROOKLYN OFFICE

GERSHON, United States District Judge:

The Recommendation of Magistrate Judge Steven M. Gold, dated March 22, 2010, is hereby adopted in its entirety. No objection to Judge Gold's recommendation was received. Defendant Arbov is hereby adjudged to be in default, and damages will be determined at a later stage in the proceedings.

                                      **SO ORDERED.**

                                      _____
                                      NINA GERSHON
                                      United States District Judge

Dated: Brooklyn, New York
       November 17, 2010