UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE                    NOTICE OF FILING
INSURANCE COMPANY,                              AFFIDAVIT OF SERVICE

                        Plaintiff,                    1:04-CV-02609-NG-SMG

-against-

SEMION GRAFMAN, *et al*.,

                        Defendants.
---------------------------------------------------X

To:  COUNSEL AND PARTIES OF RECORD

      The Plaintiff, State Farm Mutual Automobile Insurance Company, by and through its undersigned counsel, hereby files the attached Affidavit of Service personally serving the *Motion to Avoid Graham Property Transfers* [DE: 1263] on May 26, 2016 upon Alla Koretsky c/o Edward Koretsky at 2448 East 22nd Street PH, Brooklyn, NY 11235.

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF notice of electronic filing to all parties registered to received electronic noticing in this case on this 1st day of August, 2016.

                                                     /s/ Philip J. Landau
                                             Philip J. Landau (PL 9613)
                                             **SHRAIBERG, FERRARA, LANDAU, & PAGE, P.A.**
                                             Attorneys for State Farm Mutual
                                             Automobile Insurance Company
                                             2385 NW Executive Center Drive, Suite 300
                                             Boca Raton, FL 33431
                                             Telephone: 561-443-0800
                                             Facsimile: 561-998-0047
                                             plandau@sfl-pa.com

{2074/001/00341793}

ORANGE LEGAL, INC.
Suitable Age Service

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**

2₿5 378



*636618*

Index no : **1:04-CV-02609-NG-SMG**
Date of Purchase: **03/23/2016**
Office No: 304082

| Plaintiff(s): | **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** |
| Defendant(s): | **SEMION GRAFMAN, ET AL** |

STATE OF NEW YORK COUNTY OF NASSAU       ss.:
I (Alexander Zhornitskiy) being duly sworn deposes and says I am over the age of 18 and reside in New York State.

On **05/26/2016** at **8:33 PM**, I served the within **MOTION** on **ALLA KORETSKY** at **2448 EAST 22ND STREET PH, Brooklyn, NY 11235** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **Edward Koretsky, HUSBAND** a person of suitable age and discretion. Person spoken to stated that said premises is intended recepients residence within the state.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Male | White | Gray | 50 | 5ft10in | 161-180lbs |
| Other Features: | | | | | |

On **05/31/2016** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **2448 EAST 22ND STREET PH, Brooklyn, NY 11235**. That address being the **last known residence, usual place of abode of the Defendant(s)**. Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
05/31/2016

Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/19

X_____
Alexander Zhornitskiy
License#: 2031026
North American Process Serving, LLC.
2801 Wehrle Drive
Williamsville, NY 14221
716.565.0258 Clerk: Progressive

