UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE　　　　　NOTICE OF FILING
INSURANCE COMPANY,　　　　　　　　　　　　AFFIDAVIT OF SERVICE

　　　　　　　　　　　　Plaintiff,　　　　　　　　1:04-CV-02609-NG-SMG

-against-

SEMION GRAFMAN, *et al*.,

　　　　　　　　　　　　Defendants.
-----------------------------------------------------X

To:  COUNSEL AND PARTIES OF RECORD

　　　The Plaintiff, State Farm Mutual Automobile Insurance Company, by and through its undersigned counsel, hereby files the attached Affidavit of Service personally serving the *Motion to Avoid Graham Property Transfers* [DE: 1263] on May 26, 2016 upon Edward Koretsky at 2448 East 22nd Street PH, Brooklyn, NY 11235.

　　　I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF notice of electronic filing to all parties registered to received electronic noticing in this case on this 1st day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Philip J. Landau
　　　　　　　　　　　　　　　　　　　　　　　　　　　Philip J. Landau (PL 9613)
　　　　　　　　　　　　　　　　　　　　　　　　　　　SHRAIBERG, FERRARA, LANDAU, & PAGE, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for State Farm Mutual
　　　　　　　　　　　　　　　　　　　　　　　　　　　Automobile Insurance Company
　　　　　　　　　　　　　　　　　　　　　　　　　　　2385 NW Executive Center Drive, Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　　　　Boca Raton, FL 33431
　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 561-443-0800
　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 561-998-0047
　　　　　　　　　　　　　　　　　　　　　　　　　　　plandau@sfl-pa.com

{2074/001/00341795}

ORANGE LEGAL, INC.
Personal Service

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*636612*

Index no : 1:04-CV-02609-NG-SMG
Date of Purchase: 03/23/2016
Office No: 304079

| Plaintiff(s): | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |
|---|---|
| Defendant(s): | SEMION GRAFMAN, ET AL |

STATE OF NEW YORK COUNTY OF NASSAU        ss.:
I (Alexander Zhornitskiy) being duly sworn deposes and says I am over the age of 18 and reside in New York State

On 05/26/2016 at 8:32 PM, I served the within **MOTION** on **EDWARD KORETSKY** at **2448 EAST 22ND STREET PH, Brooklyn, NY 11235** in the manner indicated below:

By delivering and leaving a true copy or copies of the aforementioned documents with said **Defendant(s)** personally. At the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as **EDWARD KORETSKY** the **Defendant(s)** in this action.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Male | White | Gray | 50 | 5ft10in | 161-180lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
05/31/2016

Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/19

X _____
Alexander Zhornitskiy
License#: 2031026
North American Process Serving, LLC.
2801 Wehrle Drive
Williamsville, NY 14221
716.565.0258
Clerk: Progressive

