UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE                    NOTICE OF FILING
INSURANCE COMPANY,                              AFFIDAVIT OF SERVICE

                        Plaintiff,                 1:04-CV-02609-NG-SMG

-against-

SEMION GRAFMAN, *et al*.,

                        Defendants.
---------------------------------------------------X

To:  COUNSEL AND PARTIES OF RECORD

The Plaintiff, State Farm Mutual Automobile Insurance Company, by and through its undersigned counsel, hereby files the attached Affidavit of Service personally serving the *Motion to Avoid Graham Property Transfers* [DE: 1263] on May 26, 2016 upon <u>Philip O'Hara Associates, Inc. c/o Dana Nahas, General Agent and Assistant V.P. at 55 Washington Street, Suite 557, Brooklyn, NY 11201.</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF notice of electronic filing to all parties registered to received electronic noticing in this case on this 1st day of August, 2016.

                                                        /s/ Philip J. Landau
                                                   Philip J. Landau (PL 9613)
                                                   **SHRAIBERG, FERRARA, LANDAU, & PAGE, P.A.**
                                                   Attorneys for State Farm Mutual
                                                   Automobile Insurance Company
                                                   2385 NW Executive Center Drive, Suite 300
                                                   Boca Raton, FL 33431
                                                   Telephone: 561-443-0800
                                                   Facsimile: 561-998-0047
                                                   plandau@sfl-pa.com

{2074/001/00341810}

# AFFIDAVIT OF SERVICE



| COURT: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK | INDEX#: 1:04-CV-02609-NG-SMG |
|---|---|
| | DATE PURCHASED: 03/23/2016 |

**PLAINTIFF/PETITIONER:**
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**DEFENDANT/RESPONDENT(S):**
SEMION GRAFMAN, ET AL

**DOCUMENTS:**
MOTION

STATE OF NEW YORK : COUNTY OF NASSAU
Alexander Zhornitskiy, the undersigned, being duly sworn, deposes and says:

On 05/26/2016 at 2:12 PM, at 55 WASHINGTON STREET, SUITE 557, Brooklyn, NY 11201, deponent served the within MOTION on PHILIP O'HARA ASSOCIATES, INC. in the manner indicated below:

**MANNER OF SERVICE**
By delivering thereat a true copy of each and leaving with PHILIP O'HARA ASSOCIATES, INC. a true copy of the aforementioned documents. The deponent knew the person served to be the GENERAL AGENT, Dana Nahas; Assistant V.P., who stated he/she is AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF of the corporation.

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**
Sex: Female - Skin: White - Hair: Black - Age: 40 - Height: 5ft10in - Weight: 141-160lbs

Sworn to and subscribed before me on
05/31/2016

Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/19

x _____
Alexander Zhornitskiy
License#: 2031026

Atty#: 304077

North American Process Serving, LLC., 2801 Wehrle Drive, Williamsville, NY, 14221
ORANGE LEGAL, INC., 633 EAST COLONIAL DRIVE, ORLANDO, FL 32803