UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE                NOTICE OF FILING
INSURANCE COMPANY,                          AFFIDAVIT OF SERVICE

                    Plaintiff,                    1:04-CV-02609-NG-SMG

-against-

SEMION GRAFMAN, *et al*.,

                    Defendants.
----------------------------------------------------X

To:  COUNSEL AND PARTIES OF RECORD

      The Plaintiff, State Farm Mutual Automobile Insurance Company, by and through its undersigned counsel, hereby files the attached Affidavit of Service personally serving the *Motion to Avoid Graham Property Transfers* [DE: 1263] on May 27, 2016 upon Castoria Real Estate, LLC c/o Swamorsha, Manager at 363 Graham Avenue, Brooklyn, NY 11211.

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF notice of electronic filing to all parties registered to received electronic noticing in this case on this 1st day of August, 2016.

                                                /s/ Philip J. Landau
                                                Philip J. Landau (PL 9613)
                                                **SHRAIBERG, FERRARA, LANDAU, & PAGE, P.A.**
                                                Attorneys for State Farm Mutual
                                                Automobile Insurance Company
                                                2385 NW Executive Center Drive, Suite 300
                                                Boca Raton, FL 33431
                                                Telephone: 561-443-0800
                                                Facsimile: 561-998-0047
                                                plandau@sfl-pa.com

{2074/001/00341813}


265383

# AFFIDAVIT OF SERVICE

| COURT: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK | INDEX#: 1:04-CV-02609-NG-SMG |
|---|---|
| | DATE PURCHASED: 03/23/2016 |

**PLAINTIFF/PETITIONER:** STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**DEFENDANT/RESPONDENT(S):** SEMION GRAFMAN, ET AL

**DOCUMENTS:** MOTION

STATE OF NEW YORK : COUNTY OF NASSAU
Dusan Rula, the undersigned, being duly sworn, deposes and says:

On 05/27/2016 at 2:16 PM, at 363 GRAHAM AVENUE, Brooklyn, NY 11211, deponent served the within MOTION on CASTORIA REAL ESTATE, LLC in the manner indicated below:

**MANNER OF SERVICE:**
By delivering thereat a true copy of each and leaving with CASTORIA REAL ESTATE, LLC a true copy of the aforementioned documents. The deponent knew the person served to be the MANAGER, SWAMORSHA, who stated he/she is AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF of the corporation.

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**
Sex: Female - Skin: White - Hair: Blonde - Age: 33 - Height: 5ft6in - Weight: 141-160lbs

Sworn to and subscribed before me on 05/31/2016

Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/19

X Dusan Rula
License#: 2030402

Atty#: 304076

North American Process Serving, LLC., 2801 Wehrle Drive, Williamsville, NY, 14221
ORANGE LEGAL, INC., 633 EAST COLONIAL DRIVE, ORLANDO, FL 32803

OPTIONAL GPS LOG: