UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE           NOTICE OF FILING
INSURANCE COMPANY,                     AFFIDAVIT OF SERVICE

                     Plaintiff,                     1:04-CV-02609-NG-SMG

-against-

SEMION GRAFMAN, *et al*.,

                     Defendants.
-----------------------------------------------X

To:  COUNSEL AND PARTIES OF RECORD

      The Plaintiff, State Farm Mutual Automobile Insurance Company, by and through its undersigned counsel, hereby files the attached Affidavit of Service personally serving the *Motion to Avoid Graham Property Transfers* [DE: 1263] on May 26, 2016 upon <u>Mortgage Electronic Registration Systems, Inc. c/o CT Corporation System, 111 Eighth Avenue, New York, NY 10011.</u>

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF notice of electronic filing to all parties registered to received electronic noticing in this case on this 1st day of August, 2016.

                                           /s/ Philip J. Landau
                                       Philip J. Landau (PL 9613)
                                       **SHRAIBERG, FERRARA, LANDAU, & PAGE, P.A.**
                                       Attorneys for State Farm Mutual
                                       Automobile Insurance Company
                                       2385 NW Executive Center Drive, Suite 300
                                       Boca Raton, FL 33431
                                       Telephone: 561-443-0800
                                       Facsimile: 561-998-0047
                                       plandau@sfl-pa.com

{2074/001/00341492}

# AFFIDAVIT OF SERVICE

| COURT: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK | INDEX#: 1:04-CV-02609-NG-SMG |
|---|---|
| | DATE PURCHASED: 03/23/2016 |

**PLAINTIFF/PETITIONER:**
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**DEFENDANT/RESPONDENT(S):**
SEMION GRAFMAN, ET AL

**DOCUMENTS:**
MOTION

STATE OF NEW YORK : COUNTY OF NASSAU
Shawn P Geed, the undersigned, being duly sworn, deposes and says:

On 05/26/2016 at 1:18 PM, at C/O C T CORPORATION SYSTEM, 111 EIGHTH AVENUE, New York, NY 10011, deponent served the within MOTION on MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. in the manner indicated below:

**MANNER OF SERVICE:**
By delivering thereat a true copy of each and leaving with MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a true copy of the aforementioned documents. The deponent knew the person served to be the PROCESS SPECIALIST, elaina bou, who stated he/she is AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF of the corporation.

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**
Sex: Female - Skin: White - Hair: Blonde - Age: 40 - Height: 5ft5in - Weight: 121-140lbs

Sworn to and subscribed before me on
05/31/2016

Felix A Vazquez
Notary Public, State of New York
No. 01VA6172274
Qualified in Kings County
Commission Expires 8/6/19

Shawn P Geed
License#: 1453392

Atty#: 304075

North American Process Serving, LLC., 2801 Wehrle Drive, Williamsville, NY, 14221
ORANGE LEGAL, INC., 633 EAST COLONIAL DRIVE, ORLANDO, FL 32803

OPTIONAL GPS LOG: