UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE             NOTICE OF FILING
INSURANCE COMPANY,                                       AFFIDAVIT OF SERVICE

                       Plaintiff,                              1:04-CV-02609-NG-SMG

-against-

SEMION GRAFMAN, *et al*.,

                       Defendants.
---------------------------------------------------X

To:  COUNSEL AND PARTIES OF RECORD

      The Plaintiff, State Farm Mutual Automobile Insurance Company, by and through its undersigned counsel, hereby files the attached Affidavit of Service personally serving the *Motion to Avoid Graham Property Transfers* [DE: 1263] on May 24, 2016 upon Boris Volfman CPA, P.C. c/o Jenny Huang, Accountant at 132 Merrick Road, Lynbrook, NY 11563.

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF notice of electronic filing to all parties registered to received electronic noticing in this case on this 1st day of August, 2016.

                                                    /s/ Philip J. Landau
                                              Philip J. Landau (PL 9613)
                                              **SHRAIBERG, FERRARA, LANDAU, & PAGE, P.A.**
                                              Attorneys for State Farm Mutual
                                              Automobile Insurance Company
                                              2385 NW Executive Center Drive, Suite 300
                                              Boca Raton, FL 33431
                                              Telephone: 561-443-0800
                                              Facsimile: 561-998-0047
                                              plandau@sfl-pa.com

{2074/001/00341837}

| UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK | Job # 265388 |
|---|---|
| **AFFIDAVIT OF SERVICE** | |
| | Index no : 1:04-CV-02609-NG-SMG |
| | Date Index Number Purchased: 03/23/2016 |

| PLAINTIFF(S): | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |
|---|---|
| DEFENDANT(S): | SEMION GRAFMAN, ET AL |

STATE OF NEW YORK
COUNTY OF NASSAU    ss.:

**LEWIS BIANCULLI**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On 05/24/2016 at 3:12 PM, I served the within **MOTION** on **BORIS VOLFMAN CPA, P.C.** at **132 MERRICK ROAD, Lynbrook, NY 11563** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Jenny Huang, ACCOUNTANT**, a person of suitable age and discretion. Said premises is recipient's usual place of abode within the state.

Pursuant to CPLR – Section 308(2) On **05/27/2016**, service was completed by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Approx Age | Approx Height | Approx Weight |
|---|---|---|---|---|---|
| FEMALE | ASIAN | BLACK | 30–45 | 5ft. 0in. – 5ft. 3in | 100–129Lbs. |
| Other Features: | | | | | |

Sworn to and subscribed before me on
_____, 20___
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: 5/31/19

THERESE M. SILVERMAN
NOTARY PUBLIC, State of New York
No. 01SI4779396
Qualified in Nassau County
Commission Expires May 31, 2019

X _____
LEWIS BIANCULLI

North American Process Serving, LLC.
2801 Wehrle Drive
Williamsville, NY 14221
716.565.0258
Atty File#: 304070