UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE                    NOTICE OF FILING
INSURANCE COMPANY,                              AFFIDAVIT OF SERVICE


                             Plaintiff,                    1:04-CV-02609-NG-SMG

-against-

SEMION GRAFMAN, *et al*.,


                             Defendants.
---------------------------------------------------X

To:  COUNSEL AND PARTIES OF RECORD

       The Plaintiff, State Farm Mutual Automobile Insurance Company, by and through its undersigned counsel, hereby files the attached Affidavit of Service personally serving the *Motion to Avoid Graham Property Transfers* [DE: 1263] on May 24, 2016 upon <u>Law Office of Boris Volfman, P.C. c/o Jenny Huang, Accountant at 132 Merrick Road, Lynbrook, NY 11563.</u>

       I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF notice of electronic filing to all parties registered to received electronic noticing in this case on this 1st day of August, 2016.

                                       _/s/ Philip J. Landau_____
                                       Philip J. Landau (PL 9613)
                                       **SHRAIBERG, FERRARA, LANDAU, & PAGE, P.A.**
                                       Attorneys for State Farm Mutual
                                       Automobile Insurance Company
                                       2385 NW Executive Center Drive, Suite 300
                                       Boca Raton, FL 33431
                                       Telephone: 561-443-0800
                                       Facsimile: 561-998-0047
                                       plandau@sfl-pa.com

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

**Job # 265389**

**AFFIDAVIT OF SERVICE**

Index no : **1:04−CV−02609−NG−SMG**
Date Index Number Purchased: **03/23/2016**

| | |
|---|---|
| PLAINTIFF(S): | **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** |
| DEFENDANT(S): | **SEMION GRAFMAN, ET AL** |

STATE OF NEW YORK
COUNTY OF NASSAU        ss.:

**LEWIS BIANCULLI**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **05/24/2016** at **3:12 PM**, I served the within **MOTION** on **LAW OFFICE OF BORIS VOLFMAN, P.C.** at **132 MERRICK ROAD, Lynbrook, NY 11563** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of each to **Jenny Huang**, **ACCOUNTANT** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **LAW OFFICE OF BORIS VOLFMAN, P.C.**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Approx Age | Approx Height | Approx Weight |
|---|---|---|---|---|---|
| **FEMALE** | **ASIAN** | **BLACK** | **30−45** | **5ft. 0in. − 5ft. 3in** | **100−129Lbs.** |
| Other Features: | | | | | |

Sworn to and subscribed before me on
_____, 20_16
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: 5/31/19

THERESE M. SILVERMAN
NOTARY PUBLIC, State of New York
No. 01SI4779396
Qualified in Nassau County
Commission Expires May 31, 2019

X_____
**LEWIS BIANCULLI**

North American Process Serving, LLC.
2804 Wehrle Drive
Williamsville,NY 14221
716.565.0258
Atty File#: 304068