UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE            NOTICE OF FILING
INSURANCE COMPANY,                                   AFFIDAVIT OF SERVICE

                    Plaintiff,            1:04-CV-02609-NG-SMG

-against-

SEMION GRAFMAN, *et al*.,

                    Defendants.
---------------------------------------------------X

To:  COUNSEL AND PARTIES OF RECORD

The Plaintiff, State Farm Mutual Automobile Insurance Company, by and through its undersigned counsel, hereby files the attached Affidavit of Service personally serving the *Motion to Avoid Graham Property Transfers* [DE: 1263] on May 24, 2016 upon Elena Kazhdan c/o Alex Kazhdan, Husband at 15 Boulder Run, Oakland, NJ 07436.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF notice of electronic filing to all parties registered to received electronic noticing in this case on this 1st day of August, 2016.

                                                  /s/ Philip J. Landau
                                             Philip J. Landau (PL 9613)
                                             **SHRAIBERG, FERRARA, LANDAU, & PAGE, P.A.**
                                             Attorneys for State Farm Mutual
                                             Automobile Insurance Company
                                             2385 NW Executive Center Drive, Suite 300
                                             Boca Raton, FL 33431
                                             Telephone: 561-443-0800
                                             Facsimile: 561-998-0047
                                             plandau@sfl-pa.com

{2074/001/00341851}

P168390

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
PLAINTIFF
- vs -
SEMION GRAFMAN, ET-AL
DEFENDANT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Docket No. 04-CV-2609(NG)(SMG)

**Person to be Served**
ELENA KAZHDAN
15 BOULDER RUN
OAKLAND, NJ 07436

AFFIDAVIT OF SERVICE
(For Use By Private Service)

**Papers Served:** MOTION
**Service Data:**
Served Successfully _X_ Not Served _____ Date: 05/24/2016 Time: 7:13PM Attempts: _____

___ Delivered a copy to him/her personally

Name of person served and relationship / title:

ALEX KAZHDAN

X   Left a copy with a competent household member of over 14 years of age residing therein.

HUSBAND

___ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
SEX: **MALE**   COLOR: **WHITE**   HAIR: **BALD/GREY**   APP.AGE: **55/60**   APP. HT: **5'11**   APP. WT: **175**
OTHER:

**Comments Or Remarks:**

I, DANIEL BATISTA, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penealty of perjury that the foregoing is true and correct.

Sworn to before me this
26 day of MAY 2016

Christina Ferraz

Signature of Process Server Date

Client File Number: 265381

CHRISTINA FERRAZ
NOTARY PUBLIC OF NEW JERSEY
ID # 2453883
My Commission Expires 11/5/2020