# Boris Volfman, CPA, PC

85-93 66th Avenue, 2Fl

Rego Park, NY 11374

Phone #  718 275-9500

Fax #    718 504-3874

E-mail   bvolfman@volflaw.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/15/2010 | 1787 |

**Bill To**

Yakov & Viktoria Kagan
3 Esmac Court North
Staten Island, NY 10304

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Preparation of 2009 Personal Income Tax Returns. | 1 | 150.00 | 150.00 |

**Total**  $150.00

# Boris Volfman, CPA, PC

85-93 66th Avenue, 2Fl

Rego Park, NY 11374

Phone #   718 275-9500

Fax #      718 504-3874

E-mail    bvolfman@volflaw.com

# Invoice

| Date | Invoice # |
|---|---|
| 2/10/2010 | 1179 |

| Bill To |
|---|
| River Placid Enterprises, LLC.<br>c/o Jakob Kagan<br>3 Esmac Court North<br>Staten Island, NY 10304 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Preparation of 2007 Corporate Tax Returns (Forms 1120S, CT-3-S and NYC-4S) | 1 | 1,125.00 | 1,125.00 |
| Preparation of 2008 Corporate Tax Returns (Forms 1120S, CT-3-S and NYC-245) | 1 | 350.00 | 350.00 |
| Preparation of 2009 Corporate Tax Returns (Forms 1120S, CT-3-S and NYC-245) | 1 | 350.00 | 350.00 |
| | | **Total** | $1,825.00 |

# Boris Volfman, CPA, PC
85-93 66th Avenue, 2Fl
Rego Park, NY 11374

Phone #   718 275-9500

Fax #     718 504-3874

E-mail    bvolfman@volflaw.com

# Invoice

| Date | Invoice # |
|---|---|
| 2/25/2010 | 1399 |

| Bill To |
|---|
| Mirka United, Inc.<br>401 76th Street, Suite # A-1<br>Brooklyn, NY 11209 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Preparation of 2008 Corporate Tax Returns (Forms 1120S, CT-3-S and NYC-3L) | 1 | 1,125.00 | 1,125.00 |

**Total**  $1,125.00